**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRUCE SHELTON,

    Petitioner,                                     2:16-cv-00663-GMN-CWH

vs.                                                  **ORDER**

STATE OF NEVADA, *et al.*,

    Respondents.

_____/

        In this case, Bruce Shelton, a prisoner in the Clark County Detention Center, submitted a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, for filing on March 25, 2016 (ECF No. 1). However, Shelton did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. Furthermore, Shelton's petition is not on a form approved by the court, and is plainly incomplete. Therefore, this case will be dismissed without prejudice to Shelton initiating a new habeas corpus action. If Shelton wishes to initiate a new habeas corpus action, he must submit a fully completed petition for writ of habeas corpus on a correct form, together with payment of the filing fee or an application to proceed *in forma pauperis*.

        **IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

        **IT IS FURTHER ORDERED** that the Clerk of the Court shall send to petitioner, along with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, two copies

of the application to proceed *in forma pauperis* for prisoners, and a copy of the instructions regarding that application.

**IT IS FURTHER ORDERED** that petitioner may file a habeas corpus petition (on a correct form and fully completed), along with payment of the filing fee or an application to proceed *in forma pauperis*, to initiate a new habeas corpus action. The Court will accept no further filings in this case.

Dated this __7__ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE